UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SYLVIA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-1931 (RJL) |
| | ) | |
| PARK PLACE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
DEC 0 7 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**ORDER**
(December __, 2016)

On August 8, 2016, plaintiff Sylvia Williams filed the complaint in the above-captioned case against defendants Park Place Incorporated, Marc Barnes, Maynor Gonzales, MPD Office FNU Glover, and the District of Columbia in the Superior Court of the District of Columbia. On September 15, 2016, defendant Marc Barnes and defendant Park Place Incorporated filed a motion to dismiss the complaint as against them for failure to state a claim. On September 29, 2016, defendant District of Columbia filed a notice removing the case to United States District Court for the District of Columbia.

As of the date of this Order, plaintiff has not filed an opposition to the motion to dismiss. According, it is hereby

**ORDERED** that plaintiff shall file a response, if any, to defendants' motion to dismiss no later than fifteen days from entry of this Order. If the plaintiff fails to

respond, the Court may treat the motion as conceded pursuant to Local Civil Rule 7(b) and dismiss the complaint against Barnes and Park Place Incorporated.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge