## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SYLVIA WILLIAMS              *

    Plaintiff,              *

v.                           *       Civil Action No.: 16-1931 RJL

PARK PLACE, INC., et al.     *

    Defendants.             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT PROPOSED SCHEDULING ORDER

In accordance with the Court's November 9, 2017 Minute Order, the parties jointly propose the following scheduling order:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) | 3/27/18 |
| Defendants' Rule 26(a)(2) | 5/11/18 |
| Plaintiff's Rebuttal Rule 26(a)(2) disclosure | 7/10/18 |
| Discovery deadline | 8/13/18 |
| Request for Admissions | 8/20/18 |
| Dispositive Pretrial Motions | 9/13/18 |

Dated: November 20, 2017

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| /s/ | /s/ |
| Jessica J. Ayd, Esq. | Paul H. Zukerberg, DC Bar # 388152 |
| Franklin & Prokopik, P.C. | Zukerberg & Halperin, PLLC |
| The B&O Building | 1790 Lanier Place N.W. |
| 2 North Charles Street, Ste. 600 | Washington, D.C. 20009-2118 |
| Baltimore, MD 21201 | Phone: (202) 232-6400 |
| Phone: (410) 752-8700 | paul@zukerberg.com |
| *Counsel for Defendant Park Place* | *Counsel for Sylvia Williams* |
| /s/ | /s/ |
| Robert A. Deberardinis, Jr. | Jonathan E. Halperin, Esq. DC Bar #435512 |
| Assistant Attorney General | Halperin Law Center |
| 441 Fourth Street, N.W., Ste. 630 | 5225 Hickory Park Drive, Ste. B |
| Washington, D.C. 20001 | Glen Allen, Virginia 23059 |
| Phone: (202) 724-6642 | Phone: (804) 527-0100 |
| Fax: (202) 741-8895 | Fax: (866) 335-1502 |
| Robert.deberardinis@dc.gov | jonathan@halperinlegal.com |
| *Counsel for the District of Columbia* | *Counsel for Sylvia Williams* |